UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SCANDA NAVIGATION LTD.                :
                                      :
                 Plaintiff,           :
                                      :        08 CV
      - against -                     :        ECF CASE
                                      :
J SEA SHIPPING CO. LTD.               :
                                      :
                 Defendant.           :
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: August 15, 2008
       New York, NY

                              The Plaintiff,
                              SCANDA NAVIGATION LTD.

                    By:       _____
                              Claurisse Campanale-Orozco (CC 3581)
                              Thomas L. Tisdale (TT 5263)
                              TISDALE LAW OFFICES, LLC
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 – phone
                              (212) 869-0067 – fax
                              corozco@tisdale-law.com
                              ttisdale@tisdale-law.com